**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PETER STERGAKOS,

        Plaintiff,

   - against -

I.C. SYSTEM, INC.,

        Defendant.
-------------------------------------------------------------X

**JUDGMENT**
CV 21-2312 (GRB)(AYS)

    An Order Dismissing Case of Honorable Gary R. Brown, United States District Judge, having been filed on August 9, 2021, dismissing Plaintiff's complaint without prejudice, and respectfully directing the Clerk of Court to close this case, it is

    **ORDERED AND ADJUDGED** that Plaintiff Peter Stergakos take nothing of Defendant I.C. System, Inc.; that Plaintiff's complaint is dismissed without prejudice; and that this case is closed.

Dated: August 11, 2021
       Central Islip, New York

                                              DOUGLAS C. PALMER
                                              CLERK OF THE COURT
                                  BY:   /s/ JAMES J. TORITTO
                                              DEPUTY CLERK